### RAILROAD COMPANY *v.* JOHNSON.

The constitutionality of the acts of Congress of February 25th, 1862, and of subsequent acts in addition thereto, making certain notes of the United States a legal tender in payment of debts, reaffirmed.

IN error to the Supreme Court of Errors of Connecticut.

Johnson sued the Norwich and Worcester Railroad Company on certain coupons for interest attached to bonds, made by the said company A. D. 1860. When the coupons fell due, the amount was tendered in the legal-tender notes of the United States, issued under the act of Congress of February 25th, 1862, and the several acts in addition thereto, and they were refused. The State court rendered judgment that this tender was not good, and that the plaintiff should receive the amount with interest in the gold and silver coin of the United States. This writ of error was brought to reverse that judgment.

*Mr. J. Halsey, for the plaintiff in error.  No opposing counsel.*

Mr. Justice MILLER delivered the opinion of the court.

In accordance with the principles settled by this court in the cases of *Knox* v. *Lee,* and *Parker* v. *Davis,** which were affirmed in *Dooley* v. *Smith,*† the tender was a good and valid one, and the judgment for coin is erroneous, and must be reversed.

---

* 12 Wallace, 457.  † 13 Id. 604.

It is, therefore, ordered that the judgment of the Supreme Court of Errors of Connecticut be, and the same is hereby, REVERSED, and the cause remanded to that court for further proceedings

IN CONFORMITY WITH THIS OPINION.

The CHIEF JUSTICE dissenting: I think it my duty to express my dissent from the judgment just announced, for the reasons stated in the opinion of the court in *Hepburn* v. *Griswold*,* and in the dissenting opinions in *Knox* v. *Lee*, and *Parker* v. *Davis*.

My brothers CLIFFORD and FIELD concur in this dissent.